**COM.**

v.

**VANISTENDAEL, C.**

**1080 WDA 2016**

Superior Court of Pennsylvania.

07/28/2017

Reargument Denied 10/4/2017

CP–61–CR–0000197–2006 (Venango)

Reversed/Remanded

**COM.**

v.

**MCKENZIE, K.**

**1188 WDA 2016**

Superior Court of Pennsylvania.

07/28/2017

CP–04–CR–0000384–2013 (Beaver)

Affirmed

**COM.**

v.

**ZAMPERINI, B.**

**191 WDA 2017**

Superior Court of Pennsylvania.

07/28/2017

CP–10–CR–0001174–2016
(Butler)

Affirmed

**COM.**

v.

**GAINES, D.**

**196 WDA 2017**

Superior Court of Pennsylvania.

07/28/2017

CP–26–CR–0001197–2016 (Fayette)

Affirmed

**COM.**

v.

**BISHOP, T.**

**2264 EDA 2015**

Superior Court of Pennsylvania.

07/31/2017

CP–51–CR–0001140–2014 (Philadelphia)

Affirmed